BEFORE THE SECOND DIVISION, MARCH 12, 1964

**No. 68347.**—Brylanwire, Ltd. *v.* United States, protest 63/4835–13561 (Chicago).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of steel tying wire similar in all material respects to that the subject of *Holdwire, Ltd.* v. *United States* (49 Cust. Ct. 19, C.D. 2355), the claim of the plaintiff was sustained.

**No. 68348.**—Cavalier Label Co., Inc. *v.* United States, protests 61/10556, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

MARCH 10, 1964

**No. 68349.**—John G. Stephenson, III *v.* United States, protest 62/5827.— Plaintiff's application for rehearing denied.